SALVATORE T. GAMBINO, Appellant, v. CYRUS BLEAKLEY, as Mayor of the City of Peekskill, et al., Respondents.— The record and appellant's brief

must be served and filed on or before September 18, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.